**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC AS RECEIVER FOR I WORKS, INC., ETC., ) ) ) ) | |
| Plaintiff, ) | Case No. 2:12-cv-01860-RCJ-PAL |
| vs. ) | **ORDER** |
| ARVIN LEE BLACK, II, et al., ) ) | |
| Defendant. ) ) | |

This matter is before the court on Defendants Todd L. Vowell, Kombi Capital, LP, REO Recovery, LLC, Paydirt Capital, Inc., and Fishhook Partners, LLC's ("Defendants") failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed October 30, 2012. Defendants filed a Motion to Dismiss (Dkt. #28) February 7, 2013. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendants have failed to comply. Accordingly,

**IT IS ORDERED** Defendants shall file their Certificate as to Interested Parties, which fully

. . .

. . .

1 complies with LR 7.1-1 **no later than 4:00 p.m., March 19, 2013.** Failure to comply may result in the
2 issuance of an order to show cause why sanctions should not be imposed.
3     Dated this 4th day of March, 2013.

                                                _____
                                                Peggy A. Leen
                                                United States Magistrate Judge