# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC, as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>ARVIN LEE BLACK, II, et al.,<br><br>        Defendants. | 2:12-cv-1860-RCJ-PAL<br><br>**ORDER** |

Currently before the Court is an Emergency Motion to Transfer Case No. 2:12-cv-1860-RCJ-PAL to Judge Miranda M. Du (#25).

## DISCUSSION

Plaintiff files an unopposed emergency motion to transfer this case to Judge Miranda Du because the present case is related to two actions pending before her. (Mot. to Transfer (#25) at 2). The two related cases before Judge Du are *Federal Trade Commission v. Jeremy Johnson et al*, case no. 2:10-cv-2203-MMD-GWF ("FTC Action") and *Robb Evans of Robb Evans & Associates, et al. v. Kerry Johnson et al.*, case no. 2:12-cv-1053-MMD-VCF ("Johnson Action"). (*Id.* at 2, 4).

This Court grants the emergency motion to transfer this case to Judge Du because Plaintiff's present claim is related to the temporary restraining order and preliminary injunction order issued by Judge Du in the FTC Action. (*See* Compl. (#1)). As such, the Court grants the Emergency Motion to Transfer Case No. 2:12-cv-1860-RCJ-PAL to Judge Miranda M. Du

(#25).

## CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Emergency Motion to Transfer Case No. 2:12-cv-1860-RCJ-PAL to Judge Miranda M. Du (#25) is GRANTED.

DATED: This 12th day of March, 2013.

_____
United States District Judge

2