1    RANDOLPH L. HOWARD (Nev. SBN 006688)
       rhoward@klnevada.com
2    KOLESAR & LEATHAM, CHTD.
     400 South Rampart Boulevard, Suite 400
3    Las Vegas, NV 89145
     Telephone:      (702) 362-7800
4    Direct:         (702) 889-7752
     Facsimile:      (702) 362-9472
5
     GARY OWEN CARIS (Cal. SBN 088918)
6      gcaris@mckennalong.com
     LESLEY ANNE HAWES (Cal. SBN 117101)
7      lhawes@mckennalong.com
     ANGELA E. FONES (Cal. SBN 245204)
8      afones@mckennalong.com
     MCKENNA LONG & ALDRIDGE LLP
9    300 South Grand Avenue, 14th Floor
     Los Angeles, CA  90071-3124
10   Telephone:      (213) 688-1000
     Facsimile:      (213) 243-6330
11
     Attorneys for Plaintiff
12   **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
     **LLC AS RECEIVER**
13

14                    **UNITED STATES DISTRICT COURT**

15
                             **DISTRICT OF NEVADA**
16

17
     ROBB EVANS OF ROBB EVANS &            Case No. 2:12-CV-01860-RCJ-PAL
18   ASSOCIATES LLC as Receiver for I Works,
     Inc. and other entities as defined in the   **STIPULATION TO EXTEND TIME TO**
19   Preliminary Injunction Order entered February **RETURN WAIVERS OF SERVICE OF**
     10, 2011, and over the assets of Jeremy  **SUMMONS AND RESPOND TO**
20   Johnson,                                 **COMPLAINT FOR DEFENDANTS**
                                              **DEBRA GEE, JOHN GEE, THE**
21               Plaintiff,                   **GINSBURG TRUST, R. LANE**
                                              **JACOBSEN, J&P WALLACE FAMILY**
22   v.                                       **LIMITED PARTNERSHIP, LLP,**
                                              **ROBERT S. KLOSEK, CHRISTOPHER**
23   ARVIN LEE BLACK, II, et al.,             **MARTIN, RICHARD S. RUBIN,**
                                              **MICHAEL SMITH, AND SANDRA S.**
24               Defendants.                  **SMITH**

25                                            [First Request for Extension of Time]

26

27

28

1    This Stipulation to Extend Time to Return Waivers of Service of Summons and to

2  Respond to Complaint for Defendants Debra Gee, John Gee, The Ginsburg Trust, R. Lane

3  Jacobsen, J&P Wallace Family Limited Partnership, LLP, Robert S. Klosek, Christopher Martin,

4  Richard S. Rubin, Michael Smith and Sandra S. Smith ("Stipulation") is entered into by and

5  among Robb Evans of Robb Evans & Associates LLC ("Plaintiff"), the Receiver over I Works,

6  Inc. and over 60 other named Defendant Entities, as well as unnamed subsidiaries and affiliates

7  thereof, and over the assets of Jeremy Johnson (collectively, the "Receivership Defendants"), and

8  defendants Debra Gee, John Gee, The Ginsburg Trust, R. Lane Jacobsen, J&P Wallace Family

9  Limited Partnership, LLP, Robert S. Klosek, Christopher Martin, Richard S. Rubin, Michael

10  Smith and Sandra S. Smith (collectively "Defendants"), by and through their counsel with

11  reference to the following facts:

12                                    RECITALS

13    A.    The Plaintiff was appointed Temporary Receiver pursuant to a Temporary

14  Restraining Order issued on January 13, 2011 in the civil enforcement action entitled <u>Federal</u>

15  <u>Trade Commission v. Jeremy Johnson, etc., et al.</u>, Case No. 2:10-cv-02203-MMD-GWF pending

16  in the United States District Court for the District of Nevada ("FTC Action").  The Plaintiff

17  became Permanent Receiver pursuant to a Preliminary Injunction Order issued on February 10,

18  2011.  (The Court in the FTC Action is referred to as the "Receivership Court.")

19    B.    On October 30, 2012, Plaintiff filed the Complaint in the above-captioned action.

20    C.    On January 11, 2013, Plaintiff mailed Notices of Lawsuit and Requests for Waiver

21  of Service of Summons to Defendants.

22    D.    Pursuant to the Stipulation Regarding Arvin Lee Black, Jr. and Sole Group LLC

23  Litigation and Order Thereon, approved by the Receivership Court on August 21, 2012,

24  Defendants had until March 12, 2013 to return the Waivers of Service of Summons to Plaintiff.

25    E.    Defendants have requested additional time to return the executed Waivers of

26  Service of Summons to Plaintiff and to respond to the Complaint.

27    F.    This Stipulation represents Defendants' first request for an extension of time to

28  respond to the Complaint.

1    NOW, THEREFORE, in consideration of the foregoing, the parties hereto do stipulate and

2 agree as follows:

3    1.    The deadline for the Defendants, and each of them, to return executed Waivers of

4 Summons of Service to Plaintiff shall be extended to and including March 19, 2013.

5    2.    The deadline for the Defendants, and each of them, to respond to the Complaint

6 shall be extended to and including March 19, 2013.

7    WHEREFORE, the parties pray this Honorable Court endorse this Stipulation as outlined

8 herein and set forth below.

9

10 Dated: March 11, 2013

RANDOLPH L. HOWARD
KOLESAR & LEATHAM, CHTD.

MCKENNA LONG & ALDRIDGE LLP
GARY OWEN CARIS
LESLEY ANNE HAWES
ANGELA E. FONES


By: _Angela E. Fones_____
    Angela E. Fones

    Attorneys for Receiver
    **ROBB EVANS OF ROBB EVANS &
    ASSOCIATES LLC**

[SIGNATURES CONTINUE ON NEXT PAGE]

1   Dated:  March  *13*  , 2013                    COOGAN & MARTIN, P.C.

2

3                                                  By: _____

4                                                     Daniel Coogan
                                                      Attorneys for **DEBRA GEE, JOHN GEE, THE**
5                                                     **GINSBURG TRUST, R. LANE JACOBSEN,**
                                                      **J&P WALLACE FAMILY LIMITED**
6                                                     **PARTNERSHIP, LLP, ROBERT S.**
                                                      **KLOSEK, CHRISTOPHER MARTIN,**
7                                                     **RICHARD S. RUBIN, MICHAEL SMITH**
                                                      **AND SANDRA S. SMITH**
8

9

10

11                                                 ORDER

12          IT IS SO ORDERED.

13

14
        DATED: ___March 15, 2013___
15                                                 _____
                                                   ROBERT C. JONES
16                                                 UNITED STATES CHIEF DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On March 11, 2013, I served the **STIPULATION TO EXTEND TIME TO RETURN WAIVERS OF SERVICE OF SUMMONS AND RESPOND TO COMPLAINT FOR DEFENDANTS DEBRA GEE, JOHN GEE, THE GINSBURG TRUST, R. LANE JACOBSEN, J&P WALLACE FAMILY LIMITED PARTNERSHIP, LLP, ROBERT S. KLOSEK, CHRISTOPHER MARTIN, RICHARD S. RUBIN, MICHAEL SMITH, AND SANDRA S. SMITH** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on March 11, 2013, at San Francisco, California.

_/s/ Camilla Glover_
Camilla Glover

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

The following CM/ECF participants were served by electronic means on March 11, 2013:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, cglover@mckennalong.com |
| Mark H. Gunderson | ascalia@gundersonlaw.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Shlomo S. Sherman | ssherman@klnevada.com, bbroussard@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |

The following non-CM/ECF participants were served by first-class mail, postage prepaid on March 11, 2013:

| | |
|---|---|
| Justin D. Heideman<br>Heideman, McKay & Heugly, PLLC<br>2696 N University Ave, Suite 180<br>Provo, UT 84604 | Tony Zockoll<br>2920 Ebony Circle<br>St. George, UT 84790 |