RANDOLPH L. HOWARD (Nev. SBN 006688)
rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Direct: (702) 889-7752
Facsimile: (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
lhawes@mckennalong.com
ANGELA E. FONES (Cal. SBN 245204)
afones@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC AS RECEIVER**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>Plaintiff,<br><br>v.<br><br>ARVIN LEE BLACK, II, et al.,<br><br>Defendants. | Case No. 2:12-CV-01860-RCJ-PAL<br><br>**STIPULATION TO EXTEND TIME TO RETURN WAIVER OF SERVICE OF SUMMONS AND TO RESPOND TO COMPLAINT FOR DEFENDANT RANDALL AARON MAYER**<br><br>[First Request for Extension of Time] |

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:18025572.2

This Stipulation to Extend Time to Return Waiver of Service of Summons and Respond to Complaint for Defendant Randall Aaron Mayer ("Stipulation") is entered into by and among Robb Evans of Robb Evans & Associates LLC ("Plaintiff"), the Receiver over I Works, Inc. and over 60 other named Defendant Entities, as well as unnamed subsidiaries and affiliates thereof, and over the assets of Jeremy Johnson (collectively, the "Receivership Defendants"), by and through his counsel, and defendant Randall Aaron Mayer ("Defendant"), with reference to the following facts:

## RECITALS

A.  The Plaintiff was appointed Temporary Receiver pursuant to a Temporary Restraining Order issued on January 13, 2011 in the civil enforcement action entitled <u>Federal Trade Commission v. Jeremy Johnson, etc., et al.</u>, Case No. 2:10-cv-02203-MMD-GWF pending in the United States District Court for the District of Nevada ("FTC Action"). The Plaintiff became Permanent Receiver pursuant to a Preliminary Injunction Order issued on February 10, 2011. (The Court in the FTC Action is referred to as the "Receivership Court.")

B.  On October 30, 2012, Plaintiff filed the Complaint in the above-captioned action.

C.  On January 11, 2013, Plaintiff mailed a Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant.

D.  Pursuant to the Stipulation Regarding Arvin Lee Black, Jr. and Sole Group LLC Litigation and Order Thereon, approved by the Receivership Court on August 21, 2012, Defendant had until March 12, 2013 to return the Waiver of Service of Summons to Plaintiff.

E.  Defendant has requested additional time to return the Waiver of Service of Summons to Plaintiff and to respond to the Complaint.

F.  This Stipulation represents Defendant's first request for an extension of time to respond to the Complaint.

NOW, THEREFORE, in consideration of the foregoing, the parties hereto do stipulate and agree as follows:

1.  The deadline for the Defendant to return the executed Waiver of Summons of Service to Plaintiff shall be extended to and including March 18, 2013.

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:18025572.2

2. The deadline for the Defendant to respond to the Complaint shall be extended to and including March 26, 2013.

WHEREFORE, the parties pray this Honorable Court endorse this Stipulation as outlined herein and set forth below.

Dated: March 12, 2013

RANDOLPH L. HOWARD
KOLESAR & LEATHAM, CHTD.

MCKENNA LONG & ALDRIDGE LLP
GARY OWEN CARIS
LESLEY ANNE HAWES
ANGELA E. FONES

By: *[signature]*
Angela E. Fones

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

Dated: March ____, 2013

_____
Randall Aaron Mayer

ORDER

IT IS SO ORDERED.

DATED: _____

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE

LA:18025572.2

2. The deadline for the Defendant to respond to the Complaint shall be extended to and including March 26, 2013.

WHEREFORE, the parties pray this Honorable Court endorse this Stipulation as outlined herein and set forth below.

Dated: March ____, 2013

RANDOLPH L. HOWARD
KOLESAR & LEATHAM, CHTD.

MCKENNA LONG & ALDRIDGE LLP
GARY OWEN CARIS
LESLEY ANNE HAWES
ANGELA E. FONES

By: _____
    Angela E. Fones

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

Dated: March 11, 2013

_____
Randall Aaron Mayer

ORDER

IT IS SO ORDERED.

DATED: March 15, 2013

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On March 12, 2013, I served the **STIPULATION TO EXTEND TIME TO RETURN WAIVER OF SERVICE OF SUMMONS AND TO RESPOND TO COMPLAINT FOR DEFENDANT RANDALL AARON MAYER** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on March 12, 2013, at San Francisco, California.

                                                          /s/ *Camilla Glover*
                                                        Camilla Glover

# SERVICE LIST

The following CM/ECF participants were served by electronic means on March 12, 2013:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, cglover@mckennalong.com |
| Mark H. Gunderson | ascalia@gundersonlaw.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Shlomo S. Sherman | ssherman@klnevada.com, bbroussard@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |

The following non-CM/ECF participants were served by first-class mail, postage prepaid on March 12, 2013:

Justin D. Heideman
Heideman, McKay & Heugly, PLLC
2696 N University Ave, Suite 180
Provo, UT 84604

Tony Zockoll
2920 Ebony Circle
St. George, UT 84790

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

LA:18025572.2