```
 1  RANDOLPH L. HOWARD (Nev. SBN 006688)
       rhoward@klnevada.com
 2  KOLESAR & LEATHAM, CHTD.
    400 South Rampart Boulevard, Suite 400
 3  Las Vegas, NV 89145
    Telephone:      (702) 362-7800
 4  Direct:         (702) 889-7752
    Facsimile:      (702) 362-9472
 5
    GARY OWEN CARIS (Cal. SBN 088918)
 6    gcaris@mckennalong.com
    LESLEY ANNE HAWES (Cal. SBN 117101)
 7    lhawes@mckennalong.com
    ANGELA E. FONES (Cal. SBN 245204)
 8    afones@mckennalong.com
    MCKENNA LONG & ALDRIDGE LLP
 9  300 South Grand Avenue, 14th Floor
    Los Angeles, CA 90071-3124
10  Telephone:      (213) 688-1000
    Facsimile:      (213) 243-6330
11
    Attorneys for Plaintiff
12  ROBB EVANS OF ROBB EVANS & ASSOCIATES
    LLC AS RECEIVER
13
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>Plaintiff,<br><br>v.<br><br>ARVIN LEE BLACK, II, et al.,<br><br>Defendants. | Case No. 2:12-CV-01860-RCJ-PAL<br><br>**STIPULATION TO EXTEND TIME TO RETURN WAIVERS OF SERVICE OF SUMMONS AND RESPOND TO COMPLAINT FOR DEFENDANTS KADE K. ENCE, KIM C. ENCE, JESSE KIMBALL AND RICHARD KIMBALL**<br><br>[First Request for Extension of Time] |

This Stipulation to Extend Time to Return Waivers of Service of Summons and to Respond to Complaint for Defendants Kade K. Ence, Kim C. Ence, Jesse Kimball and Richard Kimball ("Stipulation") is entered into by and among Robb Evans of Robb Evans & Associates

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:18025362.1

LLC ("Plaintiff"), the Receiver over I Works, Inc. and over 60 other named Defendant Entities, as well as unnamed subsidiaries and affiliates thereof, and over the assets of Jeremy Johnson (collectively, the "Receivership Defendants"), and defendants Kim C. Ence, Kade K. Ence, Jesse Kimball and Richard Kimball (collectively "Defendants"), by and through their counsel with reference to the following facts:

## RECITALS

A.    The Plaintiff was appointed Temporary Receiver pursuant to a Temporary Restraining Order issued on January 13, 2011 in the civil enforcement action entitled <u>Federal Trade Commission v. Jeremy Johnson, etc., et al.</u>, Case No. 2:10-cv-02203-MMD-GWF pending in the United States District Court for the District of Nevada ("FTC Action"). The Plaintiff became Permanent Receiver pursuant to a Preliminary Injunction Order issued on February 10, 2011. (The Court in the FTC Action is referred to as the "Receivership Court.")

B.    On October 30, 2012, Plaintiff filed the Complaint in the above-captioned action.

C.    On January 11, 2013, Plaintiff mailed Notices of Lawsuit and Requests for Waiver of Service of Summons to Defendants.

D.    Pursuant to the Stipulation Regarding Arvin Lee Black, Jr. and Sole Group LLC Litigation and Order Thereon, approved by the Receivership Court on August 21, 2012, Defendants had until March 12, 2013 to return the Waivers of Service of Summons to Plaintiff.

E.    Defendants have requested additional time to return the executed Waivers of Service of Summons to Plaintiff and to respond to the Complaint.

F.    This Stipulation represents Defendants first request for an extension of time to respond to the Complaint.

NOW, THEREFORE, in consideration of the foregoing, the parties hereto do stipulate and agree as follows:

1.    The deadline for the Defendants, and each of them, to return executed Waivers of Summons of Service to Plaintiff shall be extended to and including March 18, 2013.

2.    The deadline for the Defendants, and each of them, to respond to the Complaint shall be extended to and including March 18, 2013.

1  WHEREFORE, the parties pray this Honorable Court endorse this Stipulation as outlined
2  herein and set forth below.

3
4  Dated: March 12, 2013

RANDOLPH L. HOWARD
KOLESAR & LEATHAM, CHTD.

MCKENNA LONG & ALDRIDGE LLP
GARY OWEN CARIS
LESLEY ANNE HAWES
ANGELA E. FONES

By: /s/ Angela E. Fones
Angela E. Fones

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

15  Dated: March ____, 2013

BARNEY MCKENNA & OLMSTEAD, P.C.

By: _____
Eric Olmstead
Attorneys for **KADE K. ENCE, KIM C. ENCE, FINANCIAL CONSULTING, LLC, KCE FAMILY TRUST DATED SEPTEMBER 30, 2010, JESSE KIMBALL AND RICHARD KIMBALL**

ORDER

IT IS SO ORDERED.

DATED: _____

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:18025362.1

WHEREFORE, the parties pray this Honorable Court endorse this Stipulation as outlined herein and set forth below.

Dated: March ____, 2013

RANDOLPH L. HOWARD
KOLESAR & LEATHAM, CHTD.

MCKENNA LONG & ALDRIDGE LLP
GARY OWEN CARIS
LESLEY ANNE HAWES
ANGELA E. FONES

By:_____
Angela E. Fones

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

Dated: March 12, 2013

BARNEY MCKENNA & OLMSTEAD, P.C.

By:_____
Eric Olmstead
Attorneys for **KADE K. ENCE, KIM C. ENCE, FINANCIAL CONSULTING, LLC, KCE FAMILY TRUST DATED SEPTEMBER 30, 2010, JESSE KIMBALL AND RICHARD KIMBALL**

ORDER

IT IS SO ORDERED.

DATED: March 15, 2013

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On March 12, 2013, I served the **STIPULATION TO EXTEND TIME TO RETURN WAIVERS OF SERVICE OF SUMMONS AND RESPOND TO COMPLAINT FOR DEFENDANTS KADE K. ENCE, KIM C. ENCE, JESSE KIMBALL AND RICHARD KIMBALL** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on March 12, 2013, at San Francisco, California.

/s/ *Camilla Glover*
Camilla Glover

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 4 -

LA:18025362.1

**SERVICE LIST**

The following CM/ECF participants were served by electronic means on March 12, 2013:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, cglover@mckennalong.com |
| Mark H. Gunderson | ascalia@gundersonlaw.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Shlomo S. Sherman | ssherman@klnevada.com, bbroussard@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |

The following non-CM/ECF participants were served by first-class mail, postage prepaid on March 12, 2013:

Justin D. Heideman
Heideman, McKay & Heugly, PLLC
2696 N University Ave, Suite 180
Provo, UT 84604

Tony Zockoll
2920 Ebony Circle
St. George, UT 84790

- 5 -

LA:18025362.1