RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:    (702) 362-7800
Direct:        (702) 889-7752
Facsimile:     (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
ANGELA E. FONES (Cal. SBN 245204)
  afones@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:    (213) 688-1000
Facsimile:     (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS OF ROBB EVANS & ASSOCIATES
LLC AS RECEIVER**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>Plaintiff,<br><br>v.<br><br>ARVIN LEE BLACK, II, et al.,<br><br>Defendants. | Case No. 2:12-CV-01860-MMD-PAL<br><br>**REQUEST FOR DISMISSAL OF YAPO VENTURES, L.L.C.** |

Plaintiff Robb Evans of Robb Evans & Associates LLC, the Receiver over I Works, Inc.

and over 60 other named Defendant Entities, as well as unnamed subsidiaries and affiliates

1  thereof, and over the assets of Jeremy Johnson (collectively, the "Receivership Defendants")

2  hereby requests that the Court enter an order dismissing this action without prejudice as to

3  defendant YAPO VENTURES L.L.C. pursuant to Rule 41(a) of the Federal Rules of Civil

4  Procedure.

5

6  Dated:  April 3, 2013                    RANDOLPH L. HOWARD
                                            KOLESAR & LEATHAM, CHTD.

7                                           MCKENNA LONG & ALDRIDGE LLP
8                                           GARY OWEN CARIS
                                            LESLEY ANNE HAWES
9                                           ANGELA E. FONES

10

11                                          By: /s/ Gary Owen Caris
                                                Gary Owen Caris

12                                          Attorneys for Receiver
13                                          **ROBB EVANS OF ROBB EVANS &
                                            ASSOCIATES LLC**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2   I am a citizen of the United States and employed in San Francisco County, California.  I

3 am over the age of eighteen years and not a party to the within-entitled action.  My business

4 address is 101 California Street, 41st Floor, San Francisco, California, 94111.

5   On April 3, 2013, I served the **REQUEST FOR DISMISSAL OF YAPO VENTURES,**

6 **L.L.C.** upon the parties and/or counsel listed and by the methods indicated on the attached

7 Service List.

8   I declare upon the penalty of perjury that the foregoing is true and correct, and that I am

9 employed in the office of a member of the bar of this Court at whose direction the service was

10 made.  Executed on April 3, 2013, at San Francisco, California.

11

12                /s/ *Camilla Glover*

                     Camilla Glover

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MᴄKᴇɴɴᴀ Lᴏɴɢ &
Aʟᴅʀɪᴅɢᴇ LLP
Aᴛᴛᴏʀɴᴇʏs Aᴛ Lᴀᴡ
Lᴏs Aɴɢᴇʟᴇs

- 3 -

LA 18016920.1

1

**SERVICE LIST**

2

The following CM/ECF participants were served by electronic means on April 3, 2013:

3

4

Gary Owen Caris          gcaris@mckennalong.com, lhawes@mckennalong.com,
                         twaters@mckennalong.com

5

Lesley Anne Hawes        lhawes@mckennalong.com, gcaris@mckennalong.com,
                         twaters@mckennalong.com

6

7

Angela E. Fones          afones@mckennalong.com, cglover@mckennalong.com

8

Randolph L. Howard       rhoward@klnevada.com, ckishi@klnevada.com,
                         usdistrict@klnevada.com

9

10

Augusta A. Massey        amassey@masseylawvegas.com

11

Bret O. Whipple          admin@justice-law-center.com

12

David W. Hunter          davidh@dixontruman.com

13

Douglas R Rands          doug_rands@sbcglobal.net, carol@rsgnvlaw.com

14

Eric Olmstead            eolmstead@barney-mckenna.com

15

16

Jay Young                jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com,
                         tszostek@maclaw.com

17

18

Kara H. North            knorth@fslaw.com

19

Mark H. Gunderson        ascalia@gundersonlaw.com

20

Matthew R. Lewis         mlewis@rqn.com

21

22

Matthew W. Treu          mtreu@dixontruman.com, davidh@dixontruman.com,
                         johnb@dixontruman.com, nathanf@dixontruman.com,
                         tammyr@dixontruman.com

23

24

Nathan K. Fisher         nathanf@dixontruman.com, taylorn@dixontruman.com

25

Scott L Halvorsen        shalvorsen@barney-mckenna.com

26

Shlomo S. Sherman        ssherman@klnevada.com, bbroussard@klnevada.com,
                         ckishi@klnevada.com, usdistrict@klnevada.com

27

28

The following non-CM/ECF participants were served by first-class mail, postage prepaid on April 3, 2013:

Daniel J Coogan
Robert C. Martin
Coogan & Martin
825 North Grand Avenue, Suite 200
Nogales, AZ 85621

Justin D. Heideman
Heideman, McKay & Heugly, PLLC
2696 N University Ave, Suite 180
Provo, UT 84604

Brennan Swain
1417 26th Street, Unit D
Santa Monica, CA 90404

Tony Zockoll
2920 Ebony Circle
St. George, UT 84790

Thomas B. Price, Esq.
Callister Nebeker & McCullough
10 East South Temple,
Suite 900
Salt Lake City, Utah 84133

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 5 -

LA 18016920.1

RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:     (702) 362-7800
Direct:          (702) 889-7752
Facsimile:      (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
ANGELA E. FONES (Cal. SBN 245204)
  afones@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:     (213) 688-1000
Facsimile:      (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS OF ROBB EVANS & ASSOCIATES
LLC AS RECEIVER**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>                 Plaintiff,<br><br>v.<br><br>ARVIN LEE BLACK, II, et al.,<br><br>                 Defendants. | Case No. 2:12-CV-01860-MMD-PAL<br><br>**ORDER DISMISSING YAPO VENTURES, L.L.C.** |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:18018022.1

<u>ORDER</u>

IT IS HEREBY ORDERED that a dismissal without prejudice shall be and is hereby entered as requested by Plaintiff as to defendant YAPO VENTURES, L.L.C.

DATED: _____                          _____
            April 3, 2013                          MIRANDA M. DU
                                                   UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On April 3, 2013, I served the **ORDER DISMISSING YAPO VENTURES, L.L.C.** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on April 3, 2013, at San Francisco, California.

/s/ *Camilla Glover*
Camilla Glover

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:18018022.1

- 3 -

# SERVICE LIST

The following CM/ECF participants were served by electronic means on April 3, 2013:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, cglover@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Augusta A. Massey | amassey@masseylawvegas.com |
| Bret O. Whipple | admin@justice-law-center.com |
| David W. Hunter | davidh@dixontruman.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Eric Olmstead | eolmstead@barney-mckenna.com |
| Jay Young | jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com, tszostek@maclaw.com |
| Kara H. North | knorth@fslaw.com |
| Mark H. Gunderson | ascalia@gundersonlaw.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| Nathan K. Fisher | nathanf@dixontruman.com, taylorn@dixontruman.com |
| Scott L Halvorsen | shalvorsen@barney-mckenna.com |
| Shlomo S. Sherman | ssherman@klnevada.com, bbroussard@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:18018022.1

- 4 -

1    The following non-CM/ECF participants were served by first-class mail, postage prepaid

2    on April 3, 2013:

3

4    Daniel J Coogan                          Justin D. Heideman
     Robert C. Martin                         Heideman, McKay & Heugly, PLLC
5    Coogan & Martin                          2696 N University Ave, Suite 180
     825 North Grand Avenue, Suite 200        Provo, UT 84604
6    Nogales, AZ 85621

7    Brennan Swain                            Tony Zockoll
     1417 26th Street, Unit D                 2920 Ebony Circle
8    Santa Monica, CA 90404                   St. George, UT 84790

9    Thomas B. Price, Esq.
     Callister Nebeker & McCullough
10   10 East South Temple,
     Suite 900
11   Salt Lake City, Utah 84133

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28