1  RANDOLPH L. HOWARD (Nev. SBN 006688)
     rhoward@klnevada.com
2  KOLESAR & LEATHAM, CHTD.
   400 South Rampart Boulevard, Suite 400
3  Las Vegas, NV 89145
   Telephone:    (702) 362-7800
4  Direct:       (702) 889-7752
   Facsimile:    (702) 362-9472
5
   GARY OWEN CARIS (Cal. SBN 088918)
6    gcaris@mckennalong.com
   LESLEY ANNE HAWES (Cal. SBN 117101)
7    lhawes@mckennalong.com
   ANGELA E. FONES (Cal. SBN 245204)
8    afones@mckennalong.com
   MCKENNA LONG & ALDRIDGE LLP
9  300 South Grand Avenue, 14th Floor
   Los Angeles, CA  90071-3124
10 Telephone:    (213) 688-1000
   Facsimile:    (213) 243-6330
11
   Attorneys for Plaintiff
12 **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
   **LLC AS RECEIVER**
13

14                    **UNITED STATES DISTRICT COURT**

15

16                         **DISTRICT OF NEVADA**

17
   ROBB EVANS OF ROBB EVANS &              Case No. 2:12-CV-01860-MMD-PAL
18 ASSOCIATES LLC as Receiver for I Works,
   Inc. and other entities as defined in the   **REQUEST FOR DISMISSAL OF YAPO**
19 Preliminary Injunction Order entered February **VENTURES, L.L.C.**
   10, 2011, and over the assets of Jeremy
20 Johnson,

21              Plaintiff,

22 v.

23 ARVIN LEE BLACK, II, et al.,

24              Defendants.

25

26

27         Plaintiff Robb Evans of Robb Evans & Associates LLC, the Receiver over I Works, Inc.

28 and over 60 other named Defendant Entities, as well as unnamed subsidiaries and affiliates

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA 18016920.1

1   thereof, and over the assets of Jeremy Johnson (collectively, the "Receivership Defendants")

2   hereby requests that the Court enter an order dismissing this action without prejudice as to

3   defendant YAPO VENTURES L.L.C. pursuant to Rule 41(a) of the Federal Rules of Civil

4   Procedure.

5

6   Dated:  April 3, 2013                         RANDOLPH L. HOWARD
                                                   KOLESAR & LEATHAM, CHTD.

7                                                  MCKENNA LONG & ALDRIDGE LLP

8                                                  GARY OWEN CARIS
                                                   LESLEY ANNE HAWES

9                                                  ANGELA E. FONES

10

11                                                 By:  /s/ Gary Owen Caris
                                                      Gary Owen Caris

12
                                                   Attorneys for Receiver
13                                                 **ROBB EVANS OF ROBB EVANS &
                                                   ASSOCIATES LLC**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On April 3, 2013, I served the **REQUEST FOR DISMISSAL OF YAPO VENTURES, L.L.C.** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on April 3, 2013, at San Francisco, California.

/s/ *Camilla Glover*
Camilla Glover

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

LA 18016920.1

**SERVICE LIST**

The following CM/ECF participants were served by electronic means on April 3, 2013:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, cglover@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Augusta A. Massey | amassey@masseylawvegas.com |
| Bret O. Whipple | admin@justice-law-center.com |
| David W. Hunter | davidh@dixontruman.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Eric Olmstead | eolmstead@barney-mckenna.com |
| Jay Young | jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com, tszostek@maclaw.com |
| Kara H. North | knorth@fslaw.com |
| Mark H. Gunderson | ascalia@gundersonlaw.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| Nathan K. Fisher | nathanf@dixontruman.com, taylorn@dixontruman.com |
| Scott L Halvorsen | shalvorsen@barney-mckenna.com |
| Shlomo S. Sherman | ssherman@klnevada.com, bbroussard@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |

1       The following non-CM/ECF participants were served by first-class mail, postage prepaid

2   on April 3, 2013:

3

4   Daniel J Coogan                  Justin D. Heideman
   Robert C. Martin                 Heideman, McKay & Heugly, PLLC

5   Coogan & Martin                  2696 N University Ave, Suite 180
   825 North Grand Avenue, Suite 200   Provo, UT 84604

6   Nogales, AZ 85621

7   Brennan Swain                    Tony Zockoll
   1417 26th Street, Unit D           2920 Ebony Circle

8   Santa Monica, CA 90404          St. George, UT 84790

9   Thomas B. Price, Esq.
   Callister Nebeker & McCullough

10   10 East South Temple,
   Suite 900

11   Salt Lake City, Utah 84133

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   RANDOLPH L. HOWARD (Nev. SBN 006688)
      rhoward@klnevada.com
2   KOLESAR & LEATHAM, CHTD.
    400 South Rampart Boulevard, Suite 400
3   Las Vegas, NV 89145
    Telephone:      (702) 362-7800
4   Direct:         (702) 889-7752
    Facsimile:      (702) 362-9472
5
    GARY OWEN CARIS (Cal. SBN 088918)
6     gcaris@mckennalong.com
    LESLEY ANNE HAWES (Cal. SBN 117101)
7     lhawes@mckennalong.com
    ANGELA E. FONES (Cal. SBN 245204)
8     afones@mckennalong.com
    MCKENNA LONG & ALDRIDGE LLP
9   300 South Grand Avenue, 14th Floor
    Los Angeles, CA  90071-3124
10  Telephone:      (213) 688-1000
    Facsimile:      (213) 243-6330
11
    Attorneys for Plaintiff
12  **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
    **LLC AS RECEIVER**
13

14                  **UNITED STATES DISTRICT COURT**

15
                        **DISTRICT OF NEVADA**
16

17
    ROBB EVANS OF ROBB EVANS &            Case No. 2:12-CV-01860-MMD-PAL
18  ASSOCIATES LLC as Receiver for I Works,
    Inc. and other entities as defined in the    **ORDER DISMISSING YAPO**
19  Preliminary Injunction Order entered February **VENTURES, L.L.C.**
    10, 2011, and over the assets of Jeremy
20  Johnson,

21                  Plaintiff,

22  v.

23  ARVIN LEE BLACK, II, et al.,

24                  Defendants.

25

26

27

28

ORDER

IT IS HEREBY ORDERED that a dismissal without prejudice shall be and is hereby entered as requested by Plaintiff as to defendant YAPO VENTURES, L.L.C.

DATED: _____April 3, 2013_____          _____

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On April 3, 2013, I served the **ORDER DISMISSING YAPO VENTURES, L.L.C.** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on April 3, 2013, at San Francisco, California.

/s/ *Camilla Glover*
Camilla Glover

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

LA:18018022.1

1

**SERVICE LIST**

2

3          The following CM/ECF participants were served by electronic means on April 3, 2013:

Gary Owen Caris          gcaris@mckennalong.com, lhawes@mckennalong.com,
4                                  twaters@mckennalong.com

5        Lesley Anne Hawes        lhawes@mckennalong.com, gcaris@mckennalong.com,
                                   twaters@mckennalong.com
6

7        Angela E. Fones          afones@mckennalong.com, cglover@mckennalong.com

8        Randolph L. Howard       rhoward@klnevada.com, ckishi@klnevada.com,
                                   usdistrict@klnevada.com
9

10       Augusta A. Massey        amassey@masseylawvegas.com

11       Bret O. Whipple          admin@justice-law-center.com

12       David W. Hunter          davidh@dixontruman.com

13

14       Douglas R Rands          doug_rands@sbcglobal.net, carol@rsgnvlaw.com

15       Eric Olmstead            eolmstead@barney-mckenna.com

16       Jay Young                jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com,
                                   tszostek@maclaw.com
17

18       Kara H. North            knorth@fslaw.com

19       Mark H. Gunderson        ascalia@gundersonlaw.com

20       Matthew R. Lewis         mlewis@rqn.com

21

22       Matthew W. Treu          mtreu@dixontruman.com, davidh@dixontruman.com,
                                   johnb@dixontruman.com, nathanf@dixontruman.com,
23                                 tammyr@dixontruman.com

24       Nathan K. Fisher         nathanf@dixontruman.com, taylorn@dixontruman.com

25       Scott L Halvorsen        shalvorsen@barney-mckenna.com

26

27       Shlomo S. Sherman        ssherman@klnevada.com, bbroussard@klnevada.com,
                                   ckishi@klnevada.com, usdistrict@klnevada.com

28

1       The following non-CM/ECF participants were served by first-class mail, postage prepaid

2  on April 3, 2013:

3

4  Daniel J Coogan                     Justin D. Heideman
    Robert C. Martin                    Heideman, McKay & Heugly, PLLC

5  Coogan & Martin                    2696 N University Ave, Suite 180
    825 North Grand Avenue, Suite 200       Provo, UT 84604

6  Nogales, AZ 85621

7  Brennan Swain                       Tony Zockoll
    1417 26th Street, Unit D                2920 Ebony Circle

8  Santa Monica, CA 90404             St. George, UT 84790

9  Thomas B. Price, Esq.
    Callister Nebeker & McCullough

10  10 East South Temple,
    Suite 900

11  Salt Lake City, Utah 84133

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA:18018022.1