1    RANDOLPH L. HOWARD (Nev. SBN 006688)
     rhoward@klnevada.com

2    KOLESAR & LEATHAM, CHTD.
    400 South Rampart Boulevard, Suite 400

3    Las Vegas, NV 89145
    Telephone:    (702) 362-7800

4    Direct:        (702) 889-7752
    Facsimile:     (702) 362-9472

5

6    GARY OWEN CARIS (Cal. SBN 088918)
     gcaris@mckennalong.com

7    LESLEY ANNE HAWES (Cal. SBN 117101)
     lhawes@mckennalong.com

8    ANGELA E. FONES (Cal. SBN 245204)
     afones@mckennalong.com

9    MCKENNA LONG & ALDRIDGE LLP
    300 South Grand Avenue, 14th Floor

10   Los Angeles, CA  90071-3124
    Telephone:    (213) 688-1000
    Facsimile:     (213) 243-6330

11

12   Attorneys for Plaintiff
    **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
    **LLC AS RECEIVER**

13

14               **UNITED STATES DISTRICT COURT**

15

16                    **DISTRICT OF NEVADA**

17

18   ROBB EVANS OF ROBB EVANS &
    ASSOCIATES LLC as Receiver for I Works,

19   Inc. and other entities as defined in the
    Preliminary Injunction Order entered February

20   10, 2011, and over the assets of Jeremy
    Johnson,

21               Plaintiff,

22   v.

23   ARVIN LEE BLACK, II, et al.,

24              Defendants.

25

| | |
|---|---|
| | Case No. 2:12-CV-01860-MMD-PAL |
| | **REQUEST FOR DISMISSAL OF DEFENDANTS MIKE ISOM AND PEMBERLEY LLC** |

26

27       Plaintiff Robb Evans of Robb Evans & Associates LLC, the Receiver over I Works, Inc.

28  and over 60 other named Defendant Entities, as well as unnamed subsidiaries and affiliates

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA 18024130.1

1    thereof, and over the assets of Jeremy Johnson hereby requests that the Court enter an order

2    dismissing this action without prejudice as to defendants MIKE ISOM and PEMBERLEY LLC

3    pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

4

5    Dated:  April 25, 2013                          RANDOLPH L. HOWARD
                                                      KOLESAR & LEATHAM, CHTD.

6                                                     MCKENNA LONG & ALDRIDGE LLP
7                                                     GARY OWEN CARIS
                                                      LESLEY ANNE HAWES
8                                                     ANGELA E. FONES

9

10                                                    By:  /s/ Angela E. Fones
                                                          Angela E. Fones

11                                                    Attorneys for Receiver
12                                                    **ROBB EVANS OF ROBB EVANS &**
                                                      **ASSOCIATES LLC**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

LA 18024130.1

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On April 25, 2013, I served the **REQUEST FOR DISMISSAL OF DEFENDANTS MIKE ISOM AND PEMBERLEY LLC** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on April 25, 2013, at San Francisco, California.

/s/ *Camilla Glover*
Camilla Glover

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

LA 18024130.1

1

**SERVICE LIST**

2

The following CM/ECF participants were served by electronic means on April 25, 2013:

3

Gary Owen Caris         gcaris@mckennalong.com, lhawes@mckennalong.com,

4
twaters@mckennalong.com

5

Lesley Anne Hawes       lhawes@mckennalong.com, gcaris@mckennalong.com,

6
twaters@mckennalong.com

7

Angela E. Fones          afones@mckennalong.com, cglover@mckennalong.com

8

Randolph L. Howard      rhoward@klnevada.com, ckishi@klnevada.com,

9
usdistrict@klnevada.com

10

Augusta A. Massey        amassey@masseylawvegas.com

11

Bret O. Whipple           admin@justice-law-center.com

12

Daniel J Coogan          djc@nogaleslaw.com

13

David W. Hunter           davidh@dixontruman.com

14

15

Douglas R Rands         doug_rands@sbcglobal.net, carol@rsgnvlaw.com

16

Eric Olmstead             eolmstead@barney-mckenna.com

17

Jay Young                 jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com,

18
tszostek@maclaw.com

19

Kara H. North             knorth@fslaw.com

20

Mark H. Gunderson      ascalia@gundersonlaw.com

21

Matthew R. Lewis        mlewis@rqn.com

22

23

Matthew W. Treu         mtreu@dixontruman.com, davidh@dixontruman.com,
johnb@dixontruman.com, nathanf@dixontruman.com,

24
tammyr@dixontruman.com

25

Nathan K. Fisher           nathanf@dixontruman.com, taylorn@dixontruman.com

26

Scott L Halvorsen       shalvorsen@barney-mckenna.com

27

28

1
2
Shlomo S. Sherman      ssherman@klnevada.com, bbroussard@klnevada.com,
                       ckishi@klnevada.com, usdistrict@klnevada.com

3
4       The following non-CM/ECF participants were served by first-class mail, postage prepaid
5   on April 25, 2013:

6
7   Robert C. Martin                      Justin D. Heideman
    Coogan & Martin                       Heideman, McKay & Heugly, PLLC
8   825 North Grand Avenue, Suite 200     2696 N University Ave, Suite 180
    Nogales, AZ 85621                     Provo, UT 84604

9
10  Brennan Swain                         Tony Zockoll
    1417 26th Street, Unit D              2920 Ebony Circle
    Santa Monica, CA 90404                St. George, UT 84790

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   RANDOLPH L. HOWARD (Nev. SBN 006688)
       rhoward@klnevada.com
2   KOLESAR & LEATHAM, CHTD.
    400 South Rampart Boulevard, Suite 400
3   Las Vegas, NV 89145
    Telephone:    (702) 362-7800
4   Direct:       (702) 889-7752
    Facsimile:    (702) 362-9472
5
    GARY OWEN CARIS (Cal. SBN 088918)
6      gcaris@mckennalong.com
    LESLEY ANNE HAWES (Cal. SBN 117101)
7      lhawes@mckennalong.com
    ANGELA E. FONES (Cal. SBN 245204)
8      afones@mckennalong.com
    MCKENNA LONG & ALDRIDGE LLP
9   300 South Grand Avenue, 14th Floor
    Los Angeles, CA  90071-3124
10  Telephone:    (213) 688-1000
    Facsimile:    (213) 243-6330
11
    Attorneys for Plaintiff
12  **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
    **LLC AS RECEIVER**
13

14                    **UNITED STATES DISTRICT COURT**

15

16                        **DISTRICT OF NEVADA**

17

18  ROBB EVANS OF ROBB EVANS &            Case No. 2:12-CV-01860-MMD-PAL
    ASSOCIATES LLC as Receiver for I Works,
19  Inc. and other entities as defined in the   **ORDER DISMISSING DEFENDANTS**
    Preliminary Injunction Order entered February   **MIKE ISOM AND PEMBERLEY LLC**
20  10, 2011, and over the assets of Jeremy
    Johnson,
21
                    Plaintiff,
22
    v.
23
    ARVIN LEE BLACK, II, et al.,
24
                    Defendants.
25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

     IT IS HEREBY ORDERED that a dismissal without prejudice shall be and is hereby

entered as requested by Plaintiff as to defendants MIKE ISOM and PEMBERLEY LLC.

DATED: <u>April 25, 2013</u>

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

      On April 25, 2013, I served the **ORDER DISMISSING DEFENDANTS MIKE ISOM AND PEMBERLEY LLC** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

      I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on April 25, 2013, at San Francisco, California.

/s/ *Camilla Glover*
Camilla Glover

1

## SERVICE LIST

2

3    The following CM/ECF participants were served by electronic means on April 25, 2013:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, cglover@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Augusta A. Massey | amassey@masseylawvegas.com |
| Bret O. Whipple | admin@justice-law-center.com |
| Daniel J Coogan | djc@nogaleslaw.com |
| David W. Hunter | davidh@dixontruman.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Eric Olmstead | eolmstead@barney-mckenna.com |
| Jay Young | jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com, tszostek@maclaw.com |
| Kara H. North | knorth@fslaw.com |
| Mark H. Gunderson | ascalia@gundersonlaw.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| Nathan K. Fisher | nathanf@dixontruman.com, taylorn@dixontruman.com |
| Scott L Halvorsen | shalvorsen@barney-mckenna.com |

Shlomo S. Sherman      ssherman@klnevada.com, bbroussard@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com

     The following non-CM/ECF participants were served by first-class mail, postage prepaid on April 25, 2013:

Robert C. Martin                    Justin D. Heideman
Coogan & Martin                    Heideman, McKay & Heugly, PLLC
825 North Grand Avenue, Suite 200     2696 N University Ave, Suite 180
Nogales, AZ 85621                Provo, UT 84604

Brennan Swain                    Tony Zockoll
1417 26th Street, Unit D           2920 Ebony Circle
Santa Monica, CA 90404         St. George, UT 84790