RANDOLPH L. HOWARD (Nev. SBN 006688)
 rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:     (702) 362-7800
Direct:             (702) 889-7752
Facsimile:      (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
 gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
 lhawes@mckennalong.com
ANGELA E. FONES (Cal. SBN 245204)
 afones@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:     (213) 688-1000
Facsimile:      (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC AS RECEIVER**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>            Plaintiff,<br><br>v.<br><br>ARVIN LEE BLACK, II, et al.,<br><br>            Defendants. | Case No. 2:12-CV-01860-MMD-PAL<br><br>**REQUEST FOR DISMISSAL OF DEFENDANTS MIKE ISOM AND PEMBERLEY LLC** |

Plaintiff Robb Evans of Robb Evans & Associates LLC, the Receiver over I Works, Inc. and over 60 other named Defendant Entities, as well as unnamed subsidiaries and affiliates

LA 18024130.1

1  thereof, and over the assets of Jeremy Johnson hereby requests that the Court enter an order
2  dismissing this action without prejudice as to defendants MIKE ISOM and PEMBERLEY LLC
3  pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  April 25, 2013

RANDOLPH L. HOWARD
KOLESAR & LEATHAM, CHTD.

MCKENNA LONG & ALDRIDGE LLP
GARY OWEN CARIS
LESLEY ANNE HAWES
ANGELA E. FONES


By: /s/ Angela E. Fones
      Angela E. Fones

     Attorneys for Receiver
     **ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

LA 18024130.1

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On April 25, 2013, I served the **REQUEST FOR DISMISSAL OF DEFENDANTS MIKE ISOM AND PEMBERLEY LLC** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on April 25, 2013, at San Francisco, California.

                                                                       /s/ *Camilla Glover*
                                                                         Camilla Glover

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

LA 18024130.1

**SERVICE LIST**

The following CM/ECF participants were served by electronic means on April 25, 2013:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, cglover@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Augusta A. Massey | amassey@masseylawvegas.com |
| Bret O. Whipple | admin@justice-law-center.com |
| Daniel J Coogan | djc@nogaleslaw.com |
| David W. Hunter | davidh@dixontruman.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Eric Olmstead | eolmstead@barney-mckenna.com |
| Jay Young | jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com, tszostek@maclaw.com |
| Kara H. North | knorth@fslaw.com |
| Mark H. Gunderson | ascalia@gundersonlaw.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| Nathan K. Fisher | nathanf@dixontruman.com, taylorn@dixontruman.com |
| Scott L Halvorsen | shalvorsen@barney-mckenna.com |

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

LA 18024130.1

| | | |
|---|---|---|
| 1 | Shlomo S. Sherman | ssherman@klnevada.com, bbroussard@klnevada.com, |
| 2 | | ckishi@klnevada.com, usdistrict@klnevada.com |

The following non-CM/ECF participants were served by first-class mail, postage prepaid on April 25, 2013:

Robert C. Martin
Coogan & Martin
825 North Grand Avenue, Suite 200
Nogales, AZ 85621

Justin D. Heideman
Heideman, McKay & Heugly, PLLC
2696 N University Ave, Suite 180
Provo, UT 84604

Brennan Swain
1417 26th Street, Unit D
Santa Monica, CA 90404

Tony Zockoll
2920 Ebony Circle
St. George, UT 84790

- 5 -

LA 18024130.1

RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:     (702) 362-7800
Direct:        (702) 889-7752
Facsimile:     (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
ANGELA E. FONES (Cal. SBN 245204)
  afones@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:     (213) 688-1000
Facsimile:     (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC AS RECEIVER**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>          Plaintiff,<br><br>v.<br><br>ARVIN LEE BLACK, II, et al.,<br><br>          Defendants. | Case No. 2:12-CV-01860-MMD-PAL<br><br>**ORDER DISMISSING DEFENDANTS MIKE ISOM AND PEMBERLEY LLC** |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA 18024125.1

## ORDER

IT IS HEREBY ORDERED that a dismissal without prejudice shall be and is hereby entered as requested by Plaintiff as to defendants MIKE ISOM and PEMBERLEY LLC.

DATED: April 25, 2013

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

LA 18024125.1

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On April 25, 2013, I served the **ORDER DISMISSING DEFENDANTS MIKE ISOM AND PEMBERLEY LLC** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on April 25, 2013, at San Francisco, California.

/s/ *Camilla Glover*
Camilla Glover

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

LA 18024125.1

# SERVICE LIST

The following CM/ECF participants were served by electronic means on April 25, 2013:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, cglover@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Augusta A. Massey | amassey@masseylawvegas.com |
| Bret O. Whipple | admin@justice-law-center.com |
| Daniel J Coogan | djc@nogaleslaw.com |
| David W. Hunter | davidh@dixontruman.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Eric Olmstead | eolmstead@barney-mckenna.com |
| Jay Young | jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com, tszostek@maclaw.com |
| Kara H. North | knorth@fslaw.com |
| Mark H. Gunderson | ascalia@gundersonlaw.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| Nathan K. Fisher | nathanf@dixontruman.com, taylorn@dixontruman.com |
| Scott L Halvorsen | shalvorsen@barney-mckenna.com |

- 4 -

LA 18024125.1

| | |
|---|---|
| Shlomo S. Sherman | ssherman@klnevada.com, bbroussard@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |

The following non-CM/ECF participants were served by first-class mail, postage prepaid on April 25, 2013:

Robert C. Martin  
Coogan & Martin  
825 North Grand Avenue, Suite 200  
Nogales, AZ 85621  

Justin D. Heideman  
Heideman, McKay & Heugly, PLLC  
2696 N University Ave, Suite 180  
Provo, UT 84604  

Brennan Swain  
1417 26th Street, Unit D  
Santa Monica, CA 90404  

Tony Zockoll  
2920 Ebony Circle  
St. George, UT 84790  

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 5 -

LA 18024125.1