1   RANDOLPH L. HOWARD (Nev. SBN 006688)
       rhoward@klnevada.com
2   KOLESAR & LEATHAM, CHTD.
    400 South Rampart Boulevard, Suite 400
3   Las Vegas, NV 89145
    Telephone:   (702) 362-7800
4   Direct:      (702) 889-7752
    Facsimile:   (702) 362-9472
5
    GARY OWEN CARIS (Cal. SBN 088918)
6      gcaris@mckennalong.com
    LESLEY ANNE HAWES (Cal. SBN 117101)
7      lhawes@mckennalong.com
    ANGELA E. FONES (Cal. SBN 245204)
8      afones@mckennalong.com
    MCKENNA LONG & ALDRIDGE LLP
9   300 South Grand Avenue, 14th Floor
    Los Angeles, CA  90071-3124
10  Telephone:   (213) 688-1000
    Facsimile:   (213) 243-6330
11
    Attorneys for Plaintiff
12  **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
    **LLC AS RECEIVER**
13

14                **UNITED STATES DISTRICT COURT**

15

16                     **DISTRICT OF NEVADA**

17

18  ROBB EVANS OF ROBB EVANS &            Case No. 2:12-CV-01860-MMD-PAL
    ASSOCIATES LLC as Receiver for I Works,
19  Inc. and other entities as defined in the      **REQUEST FOR DISMISSAL OF**
    Preliminary Injunction Order entered February  **DEFENDANT JUAN GARCIN**
20  10, 2011, and over the assets of Jeremy
    Johnson,
21
                    Plaintiff,
22
    v.
23
    ARVIN LEE BLACK, II, et al.,
24
                    Defendants.
25

26

27          Plaintiff Robb Evans of Robb Evans & Associates LLC, the Receiver over I Works, Inc.

28  and over 60 other named Defendant Entities, as well as unnamed subsidiaries and affiliates

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:18026153.1

1   thereof, and over the assets of Jeremy Johnson hereby requests that the Court enter an order

2   dismissing this action with prejudice as to defendant JUAN GARCIN pursuant to Rule 41(a) of

3   the Federal Rules of Civil Procedure.

4

5   Dated:  April 30, 2013                    RANDOLPH L. HOWARD
                                              KOLESAR & LEATHAM, CHTD.

6                                             MCKENNA LONG & ALDRIDGE LLP
7                                             GARY OWEN CARIS
                                              LESLEY ANNE HAWES
8                                             ANGELA E. FONES

9

10                                            By:  /s/ Angela E. Fones
                                                  Angela E. Fones

11                                            Attorneys for Receiver
12                                            **ROBB EVANS OF ROBB EVANS &
                                              ASSOCIATES LLC**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

LA:18026153.1

1

**CERTIFICATE OF SERVICE**

2       I am a citizen of the United States and employed in San Francisco County, California.  I

3   am over the age of eighteen years and not a party to the within-entitled action.  My business

4   address is 101 California Street, 41st Floor, San Francisco, California, 94111.

5       On April 30, 2013, I served the **REQUEST FOR DISMISSAL OF DEFENDANT**

6   **JUAN GARCIN** upon the parties and/or counsel listed and by the methods indicated on the

7   attached Service List.

8       I declare upon the penalty of perjury that the foregoing is true and correct, and that I am

9   employed in the office of a member of the bar of this Court at whose direction the service was

10   made.  Executed on April 30, 2013, at San Francisco, California.

11

12                                           /s/ *Camilla Glover*
                                             Camilla Glover

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

LA:18026153.1

**SERVICE LIST**

The following CM/ECF participants were served by electronic means on April 30, 2013:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, cglover@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Augusta A. Massey | amassey@masseylawvegas.com |
| Courtney Forster | cforster@gundersonlaw.com, bmadieros@gundersonlaw.com |
| Bret O. Whipple | admin@justice-law-center.com |
| Daniel J Coogan | djc@nogaleslaw.com |
| David W. Hunter | davidh@dixontruman.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Eric Olmstead | eolmstead@barney-mckenna.com |
| Jay Young | jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com, tszostek@maclaw.com |
| Kara H. North | knorth@fslaw.com |
| Mark H. Gunderson | ascalia@gundersonlaw.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| Nathan K. Fisher | nathanf@dixontruman.com, taylorn@dixontruman.com |
| Scott L Halvorsen | shalvorsen@barney-mckenna.com |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:18026153.1

1

2

Shlomo S. Sherman        ssherman@klnevada.com, bbroussard@klnevada.com,
                         ckishi@klnevada.com, usdistrict@klnevada.com

3

4
          The following non-CM/ECF participants were served by first-class mail, postage prepaid

5
on April 30, 2013:

6

7
Robert C. Martin                    Justin D. Heideman
Coogan & Martin                     Heideman, McKay & Heugly, PLLC

8
825 North Grand Avenue, Suite 200   2696 N University Ave, Suite 180
Nogales, AZ 85621                   Provo, UT 84604

9

10
Brennan Swain                       Tony Zockoll
1417 26th Street, Unit D            2920 Ebony Circle
Santa Monica, CA 90404              St. George, UT 84790

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 5 -

LA:18026153.1

1  RANDOLPH L. HOWARD (Nev. SBN 006688)
     rhoward@klnevada.com
2  KOLESAR & LEATHAM, CHTD.
   400 South Rampart Boulevard, Suite 400
3  Las Vegas, NV 89145
   Telephone:    (702) 362-7800
4  Direct:          (702) 889-7752
   Facsimile:      (702) 362-9472
5
   GARY OWEN CARIS (Cal. SBN 088918)
6    gcaris@mckennalong.com
   LESLEY ANNE HAWES (Cal. SBN 117101)
7    lhawes@mckennalong.com
   ANGELA E. FONES (Cal. SBN 245204)
8    afones@mckennalong.com
   MCKENNA LONG & ALDRIDGE LLP
9  300 South Grand Avenue, 14th Floor
   Los Angeles, CA  90071-3124
10 Telephone:    (213) 688-1000
   Facsimile:      (213) 243-6330
11
   Attorneys for Plaintiff
12 **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
   **LLC AS RECEIVER**
13
14               **UNITED STATES DISTRICT COURT**
15
16                    **DISTRICT OF NEVADA**
17
18 ROBB EVANS OF ROBB EVANS &            Case No. 2:12-CV-01860-MMD-PAL
   ASSOCIATES LLC as Receiver for I Works,
19 Inc. and other entities as defined in the   **ORDER DISMISSING DEFENDANT**
   Preliminary Injunction Order entered February   **JUAN GARCIN**
20 10, 2011, and over the assets of Jeremy
   Johnson,
21
              Plaintiff,
22
   v.
23
   ARVIN LEE BLACK, II, et al.,
24
              Defendants.
25
26
27
28
McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles
   LA 18026160.1

1

<u>ORDER</u>

2          IT IS HEREBY ORDERED that a dismissal with prejudice shall be and is hereby entered

3    as requested by Plaintiff as to defendant JUAN GARCIN.

4

5

6

7    DATED: ____April 30, 2013____                    _____

8                                                     MIRANDA M. DU
                                                      UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                            **CERTIFICATE OF SERVICE**

3        I am a citizen of the United States and employed in San Francisco County, California.  I

4    am over the age of eighteen years and not a party to the within-entitled action.  My business

5    address is 101 California Street, 41st Floor, San Francisco, California, 94111.

6        On April 30, 2013, I served the **ORDER DISMISSING DEFENDANT JUAN**

7    **GARCIN** upon the parties and/or counsel listed and by the methods indicated on the attached

8    Service List.

9        I declare upon the penalty of perjury that the foregoing is true and correct, and that I am

10   employed in the office of a member of the bar of this Court at whose direction the service was

11   made.  Executed on April 30, 2013, at San Francisco, California.

12

13                                                    /s/ *Camilla Glover*
                                                     Camilla Glover

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

LA 18026160.1

- 3 -

**SERVICE LIST**

The following CM/ECF participants were served by electronic means on April 30, 2013:

Gary Owen Caris              gcaris@mckennalong.com, lhawes@mckennalong.com,
                             twaters@mckennalong.com

Lesley Anne Hawes           lhawes@mckennalong.com, gcaris@mckennalong.com,
                             twaters@mckennalong.com

Angela E. Fones              afones@mckennalong.com, cglover@mckennalong.com

Randolph L. Howard           rhoward@klnevada.com, ckishi@klnevada.com,
                             usdistrict@klnevada.com

Augusta A. Massey            amassey@masseylawvegas.com

Courtney Forster             cforster@gundersonlaw.com, bmadieros@gundersonlaw.com

Bret O. Whipple              admin@justice-law-center.com

Daniel J Coogan              djc@nogaleslaw.com

David W. Hunter              davidh@dixontruman.com

Douglas R Rands              doug_rands@sbcglobal.net, carol@rsgnvlaw.com

Eric Olmstead                eolmstead@barney-mckenna.com

Jay Young                    jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com,
                             tszostek@maclaw.com

Kara H. North                knorth@fslaw.com

Mark H. Gunderson            ascalia@gundersonlaw.com

Matthew R. Lewis             mlewis@rqn.com

Matthew W. Treu              mtreu@dixontruman.com, davidh@dixontruman.com,
                             johnb@dixontruman.com, nathanf@dixontruman.com,
                             tammyr@dixontruman.com

Nathan K. Fisher             nathanf@dixontruman.com, taylorn@dixontruman.com

Scott L Halvorsen            shalvorsen@barney-mckenna.com

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA 18026160.1

Shlomo S. Sherman       ssherman@klnevada.com, bbroussard@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com

      The following non-CM/ECF participants were served by first-class mail, postage prepaid on April 30, 2013:

Robert C. Martin                    Justin D. Heideman
Coogan & Martin                    Heideman, McKay & Heugly, PLLC
825 North Grand Avenue, Suite 200    2696 N University Ave, Suite 180
Nogales, AZ 85621                Provo, UT 84604

Brennan Swain                     Tony Zockoll
1417 26th Street, Unit D            2920 Ebony Circle
Santa Monica, CA 90404          St. George, UT 84790

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA 18026160.1