1   RANDOLPH L. HOWARD (Nev. SBN 006688)
      rhoward@klnevada.com
2   KOLESAR & LEATHAM, CHTD.
    400 South Rampart Boulevard, Suite 400
3   Las Vegas, NV 89145
    Telephone:      (702) 362-7800
4   Direct:         (702) 889-7752
    Facsimile:      (702) 362-9472
5
    GARY OWEN CARIS (Cal. SBN 088918)
6     gcaris@mckennalong.com
    LESLEY ANNE HAWES (Cal. SBN 117101)
7     lhawes@mckennalong.com
    ANGELA E. FONES (Cal. SBN 245204)
8     afones@mckennalong.com
    MCKENNA LONG & ALDRIDGE LLP
9   300 South Grand Avenue, 14th Floor
    Los Angeles, CA  90071-3124
10  Telephone:      (213) 688-1000
    Facsimile:      (213) 243-6330
11
    Attorneys for Plaintiff
12  **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
    **LLC AS RECEIVER**
13

14                      **UNITED STATES DISTRICT COURT**

15
                            **DISTRICT OF NEVADA**
16

17
    ROBB EVANS OF ROBB EVANS &              Case No. 2:12-CV-01860-MMD-PAL
18  ASSOCIATES LLC as Receiver for I Works,
    Inc. and other entities as defined in the   **REQUEST FOR DISMISSAL OF**
19  Preliminary Injunction Order entered February   **DEFENDANT JUAN GARCIN**
    10, 2011, and over the assets of Jeremy
20  Johnson,

21                      Plaintiff,

22  v.

23  ARVIN LEE BLACK, II, et al.,

24                      Defendants.

25

26

27          Plaintiff Robb Evans of Robb Evans & Associates LLC, the Receiver over I Works, Inc.

28  and over 60 other named Defendant Entities, as well as unnamed subsidiaries and affiliates

1  thereof, and over the assets of Jeremy Johnson hereby requests that the Court enter an order

2  dismissing this action with prejudice as to defendant JUAN GARCIN pursuant to Rule 41(a) of

3  the Federal Rules of Civil Procedure.

4

5  Dated:  April 30, 2013                RANDOLPH L. HOWARD
                                         KOLESAR & LEATHAM, CHTD.

6                                        MCKENNA LONG & ALDRIDGE LLP
                                         GARY OWEN CARIS
7                                        LESLEY ANNE HAWES
                                         ANGELA E. FONES
8

9

10                                       By:  /s/ Angela E. Fones
                                             Angela E. Fones

11                                           Attorneys for Receiver
                                             **ROBB EVANS OF ROBB EVANS &**
12                                           **ASSOCIATES LLC**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

LA:18026153.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 101 California Street, 41st Floor, San Francisco, California, 94111.

On April 30, 2013, I served the **REQUEST FOR DISMISSAL OF DEFENDANT JUAN GARCIN** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  Executed on April 30, 2013, at San Francisco, California.

_/s/ Camilla Glover_
Camilla Glover

**SERVICE LIST**

The following CM/ECF participants were served by electronic means on April 30, 2013:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, cglover@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Augusta A. Massey | amassey@masseylawvegas.com |
| Courtney Forster | cforster@gundersonlaw.com, bmadieros@gundersonlaw.com |
| Bret O. Whipple | admin@justice-law-center.com |
| Daniel J Coogan | djc@nogaleslaw.com |
| David W. Hunter | davidh@dixontruman.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Eric Olmstead | eolmstead@barney-mckenna.com |
| Jay Young | jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com, tszostek@maclaw.com |
| Kara H. North | knorth@fslaw.com |
| Mark H. Gunderson | ascalia@gundersonlaw.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Matthew W. Treu | mtreu@dixontruman.com, davidh@dixontruman.com, johnb@dixontruman.com, nathanf@dixontruman.com, tammyr@dixontruman.com |
| Nathan K. Fisher | nathanf@dixontruman.com, taylorn@dixontruman.com |
| Scott L Halvorsen | shalvorsen@barney-mckenna.com |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:18026153.1

Shlomo S. Sherman          ssherman@klnevada.com, bbroussard@klnevada.com,
                           ckishi@klnevada.com, usdistrict@klnevada.com


      The following non-CM/ECF participants were served by first-class mail, postage prepaid

on April 30, 2013:


Robert C. Martin                          Justin D. Heideman
Coogan & Martin                           Heideman, McKay & Heugly, PLLC
825 North Grand Avenue, Suite 200         2696 N University Ave, Suite 180
Nogales, AZ 85621                         Provo, UT 84604


Brennan Swain                             Tony Zockoll
1417 26th Street, Unit D                  2920 Ebony Circle
Santa Monica, CA 90404                    St. George, UT 84790

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:18026153.1

1    RANDOLPH L. HOWARD (Nev. SBN 006688)
         rhoward@klnevada.com
2    KOLESAR & LEATHAM, CHTD.
     400 South Rampart Boulevard, Suite 400
3    Las Vegas, NV 89145
     Telephone:    (702) 362-7800
4    Direct:       (702) 889-7752
     Facsimile:    (702) 362-9472
5
     GARY OWEN CARIS (Cal. SBN 088918)
6        gcaris@mckennalong.com
     LESLEY ANNE HAWES (Cal. SBN 117101)
7        lhawes@mckennalong.com
     ANGELA E. FONES (Cal. SBN 245204)
8        afones@mckennalong.com
     MCKENNA LONG & ALDRIDGE LLP
9    300 South Grand Avenue, 14th Floor
     Los Angeles, CA  90071-3124
10   Telephone:    (213) 688-1000
     Facsimile:    (213) 243-6330
11
     Attorneys for Plaintiff
12   **ROBB EVANS OF ROBB EVANS & ASSOCIATES
     LLC AS RECEIVER**
13

14                    **UNITED STATES DISTRICT COURT**

15
                           **DISTRICT OF NEVADA**
16

17
     ROBB EVANS OF ROBB EVANS &            Case No. 2:12-CV-01860-MMD-PAL
18   ASSOCIATES LLC as Receiver for I Works,
     Inc. and other entities as defined in the    **ORDER DISMISSING DEFENDANT
19   Preliminary Injunction Order entered February  JUAN GARCIN**
     10, 2011, and over the assets of Jeremy
20   Johnson,

21                   Plaintiff,

22   v.

23   ARVIN LEE BLACK, II, et al.,

24                   Defendants.

25

26

27

28

1

<u>ORDER</u>

2    IT IS HEREBY ORDERED that a dismissal with prejudice shall be and is hereby entered

3  as requested by Plaintiff as to defendant JUAN GARCIN.

4

5

6

7  DATED:  ___April 30, 2013___        _____

8                                      MIRANDA M. DU
                                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**CERTIFICATE OF SERVICE**

3        I am a citizen of the United States and employed in San Francisco County, California.  I

4   am over the age of eighteen years and not a party to the within-entitled action.  My business

5   address is 101 California Street, 41st Floor, San Francisco, California, 94111.

6        On April 30, 2013, I served the **ORDER DISMISSING DEFENDANT JUAN**

7   **GARCIN** upon the parties and/or counsel listed and by the methods indicated on the attached

8   Service List.

9        I declare upon the penalty of perjury that the foregoing is true and correct, and that I am

10   employed in the office of a member of the bar of this Court at whose direction the service was

11   made.  Executed on April 30, 2013, at San Francisco, California.

12

13

_____

/s/ *Camilla Glover*

Camilla Glover

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

The following CM/ECF participants were served by electronic means on April 30, 2013:

Gary Owen Caris                gcaris@mckennalong.com, lhawes@mckennalong.com,
                               twaters@mckennalong.com

Lesley Anne Hawes             lhawes@mckennalong.com, gcaris@mckennalong.com,
                               twaters@mckennalong.com

Angela E. Fones               afones@mckennalong.com, cglover@mckennalong.com

Randolph L. Howard            rhoward@klnevada.com, ckishi@klnevada.com,
                               usdistrict@klnevada.com

Augusta A. Massey             amassey@masseylawvegas.com

Courtney Forster              cforster@gundersonlaw.com, bmadieros@gundersonlaw.com

Bret O. Whipple               admin@justice-law-center.com

Daniel J Coogan               djc@nogaleslaw.com

David W. Hunter               davidh@dixontruman.com

Douglas R Rands               doug_rands@sbcglobal.net, carol@rsgnvlaw.com

Eric Olmstead                 eolmstead@barney-mckenna.com

Jay Young                     jay@maclaw.com, knorth@fslaw.com, terri@maclaw.com,
                               tszostek@maclaw.com

Kara H. North                 knorth@fslaw.com

Mark H. Gunderson             ascalia@gundersonlaw.com

Matthew R. Lewis              mlewis@rqn.com

Matthew W. Treu               mtreu@dixontruman.com, davidh@dixontruman.com,
                               johnb@dixontruman.com, nathanf@dixontruman.com,
                               tammyr@dixontruman.com

Nathan K. Fisher              nathanf@dixontruman.com, taylorn@dixontruman.com

Scott L Halvorsen             shalvorsen@barney-mckenna.com

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA 18026160.1

Shlomo S. Sherman           ssherman@klnevada.com, bbroussard@klnevada.com,
                            ckishi@klnevada.com, usdistrict@klnevada.com


        The following non-CM/ECF participants were served by first-class mail, postage prepaid

on April 30, 2013:


Robert C. Martin                          Justin D. Heideman
Coogan & Martin                           Heideman, McKay & Heugly, PLLC
825 North Grand Avenue, Suite 200         2696 N University Ave, Suite 180
Nogales, AZ 85621                         Provo, UT 84604


Brennan Swain                             Tony Zockoll
1417 26th Street, Unit D                  2920 Ebony Circle
Santa Monica, CA 90404                    St. George, UT 84790