UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS, as Reciever, | )<br>) |
| Plaintiff, | ) Case No. 2:12-cv-01860-MMD-PAL |
| vs. | ) **ORDER** |
| BRADLEY BAKER, et al., | ) (Mtn to Withdraw - Dkt. #171) |
| Defendants. | ) |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #171) filed August 12, 2013. David W. Hunter seeks to withdraw as counsel of record for Defendant Bradley Baker. The Motion represents that counsel no longer maintains an office in Nevada and has not designated a licensed Nevada attorney who does pursuant to LR IA 10-6(b). At the time counsel was retained by Defendant Baker, he was employed with a Nevada law firm. Recently, that firm was dissolved, and counsel is now employed with another law firm that does not currently maintain an office in Nevada. The affidavit supporting the motion represents that the motion was served on the client at his last known address. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Plaintiff filed its Complaint (Dkt. #1) on October 30, 2012. Discovery closes on December 30, 2013.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #171) is GRANTED.
2. Defendant shall have until **September 19, 2013,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that he will proceed pro se.

3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4. The Clerk of Court shall serve a copy of this Order on Defendant Baker at:

Bradley Baker
456 N. 2300 W. Circle
St. George, UT 84770

Dated this 19th day of August, 2013.

                                              _____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE