RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:    (702) 362-7800
Direct:       (702) 889-7752
Facsimile:    (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
ANGELA E. FONES (Cal. SBN 245204)
  afones@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:    (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC AS RECEIVER**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>Plaintiff,<br><br>v.<br><br>ARVIN LEE BLACK, II, et al.,<br><br>Defendants. | Case No. 2:12-CV-01860-MMD-GWF<br><br>**REQUEST FOR DISMISSAL OF DEFENDANTS TODD VOWELL, FISHHOOK PARTNERS, LLC, KOMBI CAPITAL, LP, AND PAYDIRT CAPITAL, INC.** |

Plaintiff Robb Evans of Robb Evans & Associates LLC, in his capacity as receiver appointed in the case pending in the United States District Court, District of Nevada, entitled

<u>Federal Trade Commission v. Jeremy Johnson et al, Case No. 2:10-cv-02203-MMD-GWF</u>, hereby requests that the Court enter an order dismissing this action with prejudice as to defendants TODD VOWELL, FISHOOK PARTNERS, LLC, KOMBI CAPITAL, LP AND PAYDIRT CAPITAL, INC. pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: February 11, 2014

RANDOLPH L. HOWARD
KOLESAR & LEATHAM, CHTD.

MCKENNA LONG & ALDRIDGE LLP
GARY OWEN CARIS
LESLEY ANNE HAWES
ANGELA E. FONES

By: /s/ Angela E. Fones
    Angela E. Fones

Attorneys for Receiver
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC**

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Market Plaza, Spear Tower, 24th Floor, San Francisco, California, 94105.

On February 11, 2014, I served the **REQUEST FOR DISMISSAL OF DEFENDANTS TODD VOWELL, FISHHOOK PARTNERS, LLC, KOMBI CAPITAL, LP, AND PAYDIRT CAPITAL, INC.** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on February 11, 2014, at San Francisco, California.

*/s/  Nelly M. Quintanilla*
Nelly M. Quintanilla

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 3 -

USW 804176336.1

# SERVICE LIST

The following CM/ECF participants were served by electronic means on February 11, 2014:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, nquintanilla@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Augusta A. Massey | amassey@masseylawvegas.com |
| Courtney Forster | cforster@gundersonlaw.com, bmadieros@gundersonlaw.com |
| Bret O. Whipple | admin@justice-law-center.com |
| Daniel J Coogan | djc@nogaleslaw.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Eric Olmstead | eolmstead@barney-mckenna.com |
| Jay Young | jay@h2law.com |
| Kara H. North | knorth@fslaw.com |
| Mark H. Gunderson | cstockwell@gundersonlaw.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Scott L Halvorsen | shalvorsen@barney-mckenna.com |
| Shlomo S. Sherman | ssherman@klnevada.com, bbroussard@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Robert C. Martin | rcm@nogaleslaw.com |
| Trent T. Seegmiller | trent@seeglaw.com |

| | | |
|---|---|---|
| 1 | John Brannelly, Jr. | jack@brannellylaw.com |
| 2 | | |
| 3 | Justin D. Heideman | heideman@hmho-law.com |

The following non-CM/ECF participants were served by first-class mail, postage prepaid on February 11, 2014:

Robert C. Martin  
Coogan & Martin  
825 North Grand Avenue, Suite 200  
Nogales, AZ 85621

Justin D. Heideman  
Heideman, McKay & Heugly, PLLC  
2696 N University Ave, Suite 180  
Provo, UT 84604

Brennan Swain  
1417 26th Street, Unit D  
Santa Monica, CA 90404

Tony Zockoll  
2920 Ebony Circle  
St. George, UT 84790

Joseph J. Kuebler  
29301 Via Norte  
Temecula, CA  92591-1834

Bradley Baker  
456 North 2300 West Circle  
St. George, UT 84770

RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:   (702) 362-7800
Direct:   (702) 889-7752
Facsimile:   (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
ANGELA E. FONES (Cal. SBN 245204)
  afones@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:   (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC AS RECEIVER**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>           Plaintiff,<br><br>v.<br><br>ARVIN LEE BLACK, II, et al.,<br><br>           Defendants. | Case No. 2:12-CV-01860-MMD-GWF<br><br>**ORDER DISMISSING DEFENDANTS TODD VOWELL, FISHHOOK PARTNERS, LLC, KOMBI CAPITAL, LP, AND PAYDIRT CAPITAL, INC.** |

1 ORDER

2      IT IS HEREBY ORDERED that a dismissal with prejudice shall be and is hereby entered

3 as requested by Plaintiff as to defendants TODD VOWELL, FISHOOK PARTNERS, LLC,

4 KOMBI CAPITAL, LP AND PAYDIRT CAPITAL, INC.

DATED: February 12, 2014

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

- 2 -

USW 804285424.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Market Plaza, Spear Tower, 24th Floor, San Francisco, California, 94105.

On February 11, 2014, I served the **ORDER DISMISSING DEFENDANTS TODD VOWELL, FISHHOOK PARTNERS, LLC, KOMBI CAPITAL, LP, AND PAYDIRT CAPITAL, INC.** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on February 11, 2014, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Nelly M. Quintanilla*
　　　　　　　　　　　　　　　　　　　　　　　Nelly M. Quintanilla

# SERVICE LIST

The following CM/ECF participants were served by electronic means on February 11, 2014:

| | |
|---|---|
| Gary Owen Caris | gcaris@mckennalong.com, lhawes@mckennalong.com, twaters@mckennalong.com |
| Lesley Anne Hawes | lhawes@mckennalong.com, gcaris@mckennalong.com, twaters@mckennalong.com |
| Angela E. Fones | afones@mckennalong.com, nquintanilla@mckennalong.com |
| Randolph L. Howard | rhoward@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Augusta A. Massey | amassey@masseylawvegas.com |
| Courtney Forster | cforster@gundersonlaw.com, bmadieros@gundersonlaw.com |
| Bret O. Whipple | admin@justice-law-center.com |
| Daniel J Coogan | djc@nogaleslaw.com |
| Douglas R Rands | doug_rands@sbcglobal.net, carol@rsgnvlaw.com |
| Eric Olmstead | eolmstead@barney-mckenna.com |
| Jay Young | jay@h2law.com |
| Kara H. North | knorth@fslaw.com |
| Mark H. Gunderson | cstockwell@gundersonlaw.com |
| Matthew R. Lewis | mlewis@rqn.com |
| Scott L Halvorsen | shalvorsen@barney-mckenna.com |
| Shlomo S. Sherman | ssherman@klnevada.com, bbroussard@klnevada.com, ckishi@klnevada.com, usdistrict@klnevada.com |
| Robert C. Martin | rcm@nogaleslaw.com |
| Trent T. Seegmiller | trent@seeglaw.com |

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

USW 804285424.1

| | |
|---|---|
| John Brannelly, Jr. | jack@brannellylaw.com |
| Justin D. Heideman | heideman@hmho-law.com |

The following non-CM/ECF participants were served by first-class mail, postage prepaid on February 11, 2014:

Robert C. Martin
Coogan & Martin
825 North Grand Avenue, Suite 200
Nogales, AZ 85621

Justin D. Heideman
Heideman, McKay & Heugly, PLLC
2696 N University Ave, Suite 180
Provo, UT 84604

Brennan Swain
1417 26th Street, Unit D
Santa Monica, CA 90404

Tony Zockoll
2920 Ebony Circle
St. George, UT 84790

Joseph J. Kuebler
29301 Via Norte
Temecula, CA  92591-1834

Bradley Baker
456 North 2300 West Circle
St. George, UT 84770

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 5 -

USW 804285424.1