# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No. 2:12-cv-01860-MMD-GWF |
| vs. | ) **ORDER** |
| ARVIN LEE BLACK II, *et al.*, | ) ) ) |
| Defendants. | ) ) |

This matter comes before the Court on Augusta Massey, Esq.'s Motion to Withdraw as Local Counsel for Defendants Rusty Lee and Peggy Horrocks (#197), filed on February 12, 2014. Ms. Massey represents that continued representation of Defendants would impose an unreasonable financial burden on her law firm. Trent Seegmiller, Esq. shall remain as *pro hac vice* counsel. The Court finds that Ms. Massey has shown good cause to withdraw as local counsel. Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

**IT IS HEREBY ORDERED** that Augusta Massey, Esq.'s Motion to Withdraw as Local Counsel for Defendants Lee and Horrocks (#197) is **granted**.

...

...

...

...

...

**IT IS FURTHER ORDERED** that Mr. Seegmiller shall associate new local counsel within 14 days of the date of this Order.  Under Local Rule IA 10-2, *pro hac vice* counsel must associate with local counsel.

DATED this 4th day of March, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge