1   RANDOLPH L. HOWARD (Nev. SBN 006688)
      rhoward@klnevada.com
2   KOLESAR & LEATHAM, CHTD.
    400 South Rampart Boulevard, Suite 400
3   Las Vegas, NV 89145
    Telephone:    (702) 362-7800
4   Direct:        (702) 889-7752
    Facsimile:    (702) 362-9472
5
    GARY OWEN CARIS (Cal. SBN 088918)
6     gcaris@mckennalong.com
    LESLEY ANNE HAWES (Cal. SBN 117101)
7     lhawes@mckennalong.com
    ANGELA E. FONES (Cal. SBN 245204)
8     afones@mckennalong.com
    MCKENNA LONG & ALDRIDGE LLP
9   300 South Grand Avenue, 14th Floor
    Los Angeles, CA  90071-3124
10  Telephone:    (213) 688-1000
    Facsimile:    (213) 243-6330
11
    Attorneys for Plaintiff
12  **ROBB EVANS OF ROBB EVANS & ASSOCIATES**
    **LLC AS RECEIVER**
13

14                  **UNITED STATES DISTRICT COURT**

15
                          **DISTRICT OF NEVADA**
16

17
    ROBB EVANS OF ROBB EVANS &            Case No. 2:12-CV-01860- MMD-GWF
18  ASSOCIATES LLC as Receiver for I Works,
    Inc. and other entities as defined in the    **[PROPOSED] JUDGMENT AGAINST**
19  Preliminary Injunction Order entered February **DEFENDANTS ARVIN LEE BLACK, II,**
    10, 2011, and over the assets of Jeremy       **aka A. LEE BLACK, aka A. LEE BLACK,**
20  Johnson,                                       **JR. AND SOLE GROUP LLC AFTER**
                                                   **DEFAULT**
21              Plaintiff,

22  v.

23  ARVIN LEE BLACK, II, et al.,                   **[F.R.C.P., Rules 54(b) and 55(b)(2)]**

24              Defendants.

25

26

27

28

MᴄKᴇɴɴᴀ Lᴏɴɢ &
Aʟᴅʀɪᴅɢᴇ LLP
Aᴛᴛᴏʀɴᴇʏs Aᴛ Lᴀᴡ
Lᴏs Aɴɢᴇʟᴇs

USW 804452736.1

1      By submission of the attorneys of record for Robb Evans of Robb Evans & Associates

2  LLC as Receiver ("Plaintiff"), Plaintiff's Application for Entry of a Separate Default Judgment

3  Against Defendants Arvin Lee Black, II, aka A. Lee Black, aka A. Lee Black, Jr. and Sole Group

4  LLC ("Application") came before the above-referenced Court.  The defendants having been

5  served with process, and defendants Arvin Lee Black, II, aka A. Lee Black, aka A. Lee Black, Jr.

6  and Sole Group LLC having failed to appear and answer the Plaintiff's Complaint, and the

7  defaults of said defendants having been duly entered and evidence having been considered by the

8  Court, and the Court having reviewed and considered the Application and all pleadings and

9  papers filed in support and opposition, if any, including all admissible evidence filed in support

10  and opposition thereof, and good cause appearing for entry of judgment against the defendants

11  pursuant to Rule 55 of the Federal Rules of Civil Procedure:

12      IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover from

13  defendant Arvin Lee Black, II, aka A. Lee Black, aka A. Lee Black, Jr. damages in the amount of

14  $1,997,214.75, pursuant to the First, Second, Third and Fifth Claims for Relief asserted in

15  Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after

16  the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

17      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover

18  from defendant Sole Group LLC damages in the amount of $618,991.61, pursuant to the First,

19  Second, Third and Fifth Claims for Relief asserted in Plaintiff's Complaint, together with an

20  award of post-judgment interest accruing from and after the date of entry of judgment until paid

21  in full pursuant to 28 U.S.C. § 1961;

22      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the judgments entered

23  against the defendants herein and any other judgments entered heretofore or hereafter in this

24  action against any other defendants are several as to each such defendant unless otherwise

25  expressly stated in the judgment to be joint and several as to the particular defendants; and

26      IT IS FURTHER ORDERED that there is no just reason for delay in entry of these final

27  judgments against defendants herein and the Court expressly directs that the Clerk of the Court

28

enter these separate judgments against said defendants herein pursuant to F.R. Civ. P. 54

notwithstanding whether this action remains pending against other defendants.

Dated: October 20, 2014

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE