RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:   (702) 362-7800
Direct:      (702) 889-7752
Facsimile:   (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone:   (213) 688-1000
Facsimile:   (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC AS RECEIVER**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>Plaintiff,<br><br>v.<br><br>ARVIN LEE BLACK, II, et al.,<br><br>Defendants. | Case No. 2:12-CV-01860-MMD-GWF<br><br>**REQUEST FOR DISMISSAL OF DEFENDANTS ATIA BLACK, JASON T. VOWELL AND REO RECOVERY, LLC** |

Plaintiff Robb Evans of Robb Evans & Associates LLC, in his capacity as receiver appointed in the case pending in the United States District Court, District of Nevada, entitled <u>Federal Trade Commission v. Jeremy Johnson et al</u>, Case No. 2:10-cv-02203-MMD-GWF,

1  hereby requests that the Court enter an order dismissing this action without prejudice as to
2  defendants ATIA BLACK, JASON T. VOWELL, AND REO RECOVERY, LLC pursuant to
3  Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: December 11, 2014

RANDOLPH L. HOWARD
KOLESAR & LEATHAM, CHTD.

MCKENNA LONG & ALDRIDGE LLP
GARY OWEN CARIS
LESLEY ANNE HAWES

By: */s/ Lesley Anne Hawes*
    Lesley Anne Hawes

Attorneys for Plaintiff
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC AS RECEIVER**

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 S. Grand Avenue, Suite 1400, Los Angeles, CA 90071.

On December 11, 2014, I served the **REQUEST FOR DISMISSAL OF DEFENDANTS ATIA BLACK, JASON T. VOWELL AND REO RECOVERY, LLC** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 11, 2014 at Los Angeles, California.

                                                     */s/ Christina O'Meara*
                                                     Christina O'Meara

# SERVICE LIST

The following CM/ECF participants were served by electronic means on December 11, 2014:

- **John Brannelly, Jr**
  jack@brannellylaw.com

- **Gary Owen Caris**
  gcaris@mckennalong.com,lhawes@mckennalong.com,comeara@mckennalong.com

- **Daniel J Coogan**
  djc@nogaleslaw.com

- **Angela E. Fones**
  afones@mckennalong.com,cgrandison@mckennalong.com,nquintanilla@mckennalong.com

- **Courtney Forster**
  cforster@gundersonlaw.com,jhults@gundersonlaw.com

- **Mark H. Gunderson**
  cstockwell@gundersonlaw.com

- **Scott L Halvorsen**
  shalvorsen@barney-mckenna.com

- **Lesley Anne Hawes**
  lhawes@mckennalong.com,gcaris@mckennalong.com,comeara@mckennalong.com

- **Justin D. Heideman**
  heideman@hmho-law.com

- **Randolph L. Howard**
  rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com

- **David W Hunter**
  davidh@fisherhunterlaw.com

- **Matthew R. Lewis**
  mlewis@rqn.com

- **Robert C. Martin**
  rcm@nogaleslaw.com

- **Kara H North**
  knorth@fslaw.com

- **Eric Olmstead**
  rstephens@barney-mckenna.com

- **Douglas R Rands**
  doug_rands@sbcglobal.net,mporter@rsgnvlaw.com

- **Trent Seegmiller**
  trent@seeglaw.com

- **Shlomo S. Sherman**
  ssherman@klnevada.com,usdistrict@klnevada.com,mbarnes@klnevada.com

- **Bret O Whipple**
  admin@justice-law-center.com

- **Airene Williamson**
  awilliamson@wlawoffice.com,egonzalez@wlawoffice.com,ae@wlawoffice.com

- **Jay Young**
  jay@h2law.com,knorth@fslaw.com,tds@h2law.com,sl2@h2law.com

The following non-CM/ECF participants were served by first-class mail, postage prepaid on December 11, 2014:

Robert C. Martin
Coogan & Martin
825 North Grand Avenue, Suite 200
Nogales, AZ 85621

Justin D. Heideman
Heideman, McKay & Heugly, PLLC
2696 N University Ave, Suite 180
Provo, UT 84604

Brennan Swain
1417 26th Street, Unit D
Santa Monica, CA 90404

Tony Zockoll
2920 Ebony Circle
St. George, UT 84790

Joseph J. Kuebler
29301 Via Norte
Temecula, CA 92591-1834

Bradley Baker
456 North 2300 West Circle
St. George, UT 84770

Arvin Lee Black, II
P.O. Box 910909
St. George, UT 84791-0909

Arvin Lee Black, II
1043 Chippewa Way
Washington, UT 84780

Sole Group, LLC
c/o Arvin Lee Black, II
P.O. Box 910909
St. George, UT 84791-0909

Sole Group, LLC
c/o Arvin Lee Black, II
1043 Chippewa Way
Washington, UT 84780

Richard A. Schonfeld, Esq.
520 South Fourth Street
Las Vegas, NV 89101

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 5 -

USW 804460772.1

RANDOLPH L. HOWARD (Nev. SBN 006688)
  rhoward@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:    (702) 362-7800
Direct:       (702) 889-7752
Facsimile:    (702) 362-9472

GARY OWEN CARIS (Cal. SBN 088918)
  gcaris@mckennalong.com
LESLEY ANNE HAWES (Cal. SBN 117101)
  lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:    (213) 688-1000
Facsimile:    (213) 243-6330

Attorneys for Plaintiff
**ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC AS RECEIVER**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBB EVANS OF ROBB EVANS & ASSOCIATES LLC as Receiver for I Works, Inc. and other entities as defined in the Preliminary Injunction Order entered February 10, 2011, and over the assets of Jeremy Johnson,<br><br>Plaintiff,<br><br>v.<br><br>ARVIN LEE BLACK, II, et al.,<br><br>Defendants. | Case No. 2:12-CV-01860-MMD-GWF<br><br>**ORDER DISMISSING DEFENDANTS ATIA BLACK, JASON T. VOWELL AND REO RECOVERY, LLC** |

## ORDER

IT IS HEREBY ORDERED that a dismissal without prejudice shall be and is hereby entered as requested by Plaintiff as to defendants ATIA BLACK, JASON T. VOWELL, and REO RECOVERY, LLC.

DATED: December 11, 2014

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

USW 804740651.1

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 S. Grand Avenue, Suite 1400, Los Angeles, CA 90071.

On December 11, 2014, I served the **ORDER DISMISSING DEFENDANTS ATIA BLACK, JASON T. VOWELL AND REO RECOVERY, LLC** upon the parties and/or counsel listed and by the methods indicated on the attached Service List.

I declare upon the penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 11, 2014 at Los Angeles, California.

/s/ *Christina O'Meara*
Christina O'Meara

## SERVICE LIST

The following CM/ECF participants were served by electronic means on December 11, 2014:

- **John Brannelly , Jr**
  jack@brannellylaw.com

- **Gary Owen Caris**
  gcaris@mckennalong.com,lhawes@mckennalong.com,comeara@mckennalong.com

- **Daniel J Coogan**
  djc@nogaleslaw.com

- **Angela E. Fones**
  afones@mckennalong.com,cgrandison@mckennalong.com,nquintanilla@mckennalong.com

- **Courtney Forster**
  cforster@gundersonlaw.com,jhults@gundersonlaw.com

- **Mark H. Gunderson**
  cstockwell@gundersonlaw.com

- **Scott L Halvorsen**
  shalvorsen@barney-mckenna.com

- **Lesley Anne Hawes**
  lhawes@mckennalong.com,gcaris@mckennalong.com,comeara@mckennalong.com

- **Justin D. Heideman**
  heideman@hmho-law.com

- **Randolph L. Howard**
  rhoward@klnevada.com,ckishi@klnevada.com,usdistrict@klnevada.com

- **David W Hunter**
  davidh@fisherhunterlaw.com

- **Matthew R. Lewis**
  mlewis@rqn.com

- **Robert C. Martin**
  rcm@nogaleslaw.com

- **Kara H North**
  knorth@fslaw.com

- **Eric Olmstead**
  rstephens@barney-mckenna.com

- **Douglas R Rands**
  doug_rands@sbcglobal.net,mporter@rsgnvlaw.com

- **Trent Seegmiller**
  trent@seeglaw.com

- **Shlomo S. Sherman**
  ssherman@klnevada.com,usdistrict@klnevada.com,mbarnes@klnevada.com

- **Bret O Whipple**
  admin@justice-law-center.com

- **Airene Williamson**
  awilliamson@wlawoffice.com,egonzalez@wlawoffice.com,ae@wlawoffice.com

- **Jay Young**
  jay@h2law.com,knorth@fslaw.com,tds@h2law.com,sl2@h2law.com

The following non-CM/ECF participants were served by first-class mail, postage prepaid on December 11, 2014:

| | |
|---|---|
| Robert C. Martin<br>Coogan & Martin<br>825 North Grand Avenue, Suite 200<br>Nogales, AZ 85621 | Justin D. Heideman<br>Heideman, McKay & Heugly, PLLC<br>2696 N University Ave, Suite 180<br>Provo, UT 84604 |
| Brennan Swain<br>1417 26th Street, Unit D<br>Santa Monica, CA 90404 | Tony Zockoll<br>2920 Ebony Circle<br>St. George, UT 84790 |
| Joseph J. Kuebler<br>29301 Via Norte<br>Temecula, CA 92591-1834 | Bradley Baker<br>456 North 2300 West Circle<br>St. George, UT 84770 |
| Arvin Lee Black, II<br>P.O. Box 910909<br>St. George, UT 84791-0909 | Arvin Lee Black, II<br>1043 Chippewa Way<br>Washington, UT 84780 |
| Sole Group, LLC<br>c/o Arvin Lee Black, II<br>P.O. Box 910909<br>St. George, UT 84791-0909 | Sole Group, LLC<br>c/o Arvin Lee Black, II<br>1043 Chippewa Way<br>Washington, UT 84780 |
| Richard A. Schonfeld, Esq.<br>520 South Fourth Street<br>Las Vegas, NV 89101 | |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 5 -

USW 804740651.1